An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JESSIE ELIZABETH WALSH,
DISTRICT JUDGE,
Respondents,
    and
ERIC TODD DOUGLAS,
Real Party in Interest.

No. 68760

FILED

SEP 08 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
   DEPUTY CLERK



*ORDER DENYING PETITION*

This is a petition for a writ of prohibition or mandamus challenging a district court order vacating a judgment of conviction.

Having considered the petition and supporting documents, we conclude that petitioner has failed to demonstrate that our extraordinary intervention is warranted. NRS 34.170; NRS 34.330; *Pan v. Eighth*

SUPREME COURT
OF
NEVADA

(O) 1947A

15-27036

*Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Jessie Elizabeth Walsh, District Judge
       Attorney General/Carson City
       Clark County District Attorney
       Matthew D. Carling
       Eighth District Court Clerk

---

[1]We also deny as moot petitioner's motion to stay the district court proceedings pending resolution of this matter and a related appeal.